MEMBERS
**ALAN GERSHEL**
*CHAIRPERSON*
**PETER A. SMIT**
*VICE-CHAIRPERSON*
**REV. DR. LOUIS J. PRUES**
*SECRETARY*
**LINDA M. ORLANS**
**JASON M. TURKISH**
**ANDREAS SIDIROPOULOS, MD**
**KATIE STANLEY**
**TISH VINCENT**
**KAMILIA K. LANDRUM**

# STATE OF MICHIGAN
## ATTORNEY DISCIPLINE BOARD



**WENDY A. NEELEY**
*EXECUTIVE DIRECTOR*
—
**JOHN K. BURGESS**
*DEPUTY DIRECTOR*
—
**KAREN M. DALEY**
*ASSOCIATE COUNSEL*
—
**SHERRY MIFSUD**
*OFFICE ADMINISTRATOR*
—
**OWEN R. MONTGOMERY**
*CASE MANAGER*
—
**JODIE GROH**
*CASE MANAGER*
—
**JULIE M. LOISELLE**
*RECEPTIONIST/SECRETARY*
—

www.adbmich.org

333 WEST FORT STREET, SUITE 1700
DETROIT, MICHIGAN 48226-3147
PHONE: 313-963-5553

## NOTICE OF AUTOMATIC INTERIM SUSPENSION

Case No.  25-18-AI

**Notice Issued: March 13, 2025**

Robert M. Craig, P 35139, Dearborn, Michigan

Effective October 15, 2024

On October 15, 2024, respondent was convicted by guilty plea of Operating While Intoxicated - 3rd Offense, a felony under MCL 257.625, in *State of Michigan v Robert Michael Craig*, Wayne County Circuit Court Case No. 24-003774-01-FH.  Upon respondent's conviction and in accordance with MCR 9.120(B)(1), respondent's license to practice law in Michigan was automatically suspended.

Upon the filing of a judgment of conviction, this matter will be assigned to a hearing panel for further proceedings.  The interim suspension will remain in effect until the effective date of an order filed by a hearing panel under MCR 9.115(J).